Michael E. Brewer (SBN 177912)
michael.brewer@bakermckenzie.com
**Baker & McKenzie LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

Kimberly F. Rich (SBN 185507)
kimberly.rich@bakermckenzie.com
**Baker & McKenzie LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

Phillip R. Di Tullio (SBN 324267)
phillip.ditullio@bakermckenzie.com
**Baker & McKenzie LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Telephone: (310) 201-4728
Facsimile: (310) 201-4721

Attorneys for Defendant
KASAMBA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALBERT SIMIC, Plaintiff, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

KASAMBA, INC.,

Defendant.

Case No. 2:24-cv-08887-JFW-SK

**DECLARATION OF DAMON MILLER IN SUPPORT OF DEFENDANT KASAMBA INC.'S REQUEST FOR JUDICIAL NOTICE**

Date: November 25, 2024
Time: 1:30 p.m.
Place: Courtroom 7A
Judge: Hon. John F. Walter

I, Damon Miller, declare as follows:

1. I am the Director of Trust and Safety at Ingenio, LLC ("Ingenio"). Defendant Kasamba, Inc. ("Kasamba") is Ingenio's wholly owned subsidiary. I have served in a management capacity at Ingenio since 2015. In my role, I have access to and knowledge of Kasamba's records pertaining to its readers' platform activity, minutes logged on calls, applicable fee commissions, rates-per-minute, earnings data, and the tax forms submitted by readers to Kasamba for the purposes of processing their earnings made while using Kasamba's platform, among other categories of information. I have personal knowledge of the facts contained in this declaration and if called upon to testify, I would and could do so as set forth herein. I make this declaration in support of Kasamba's Request for Judicial Notice.

2. In January 2012, Plaintiff submitted to Kasamba an IRS W-8BEN Form, which he filled out and signed on January 10, 2012, for the purposes of processing his earnings from providing psychic reading services to clients through Kasamba's virtual platform (the "2012 IRS Form W-8"). A true and correct copy of the 2012 IRS Form W-8 is attached as **Exhibit A** to Kasamba's Request for Judicial Notice.

3. In May 2021, Plaintiff submitted to Kasamba an IRS W-8BEN Form to Kasamba, which he filled out and signed on May 3, 2021, for the purposes of processing his earnings from providing psychic reading services to clients through Kasamba's virtual platform (the "2021 IRS Form W-8"). A true and correct copy of the 2021 IRS Form W-8 is attached as **Exhibit B** to Kasamba's Request for Judicial Notice.

I declare under penalty of perjury under the laws of the United States of America and the states of California and Illinois that the foregoing is true and correct and that this declaration was executed by me on October 22, 2024 at Chicago, Illinois.

Damon Miller

Damon Miller