**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT SIMIC, Plaintiff, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KASAMBA, INC.,<br><br>Defendant. | Case No. 2:24-cv-08887-JFW-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KASAMBA, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**<br><br>**(FED. R. CIV. PROC. 12(b)(6) and FED. R. EVID. 201)**<br><br>Date: November 25, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 7A<br>Judge: Hon. John F. Walter |

On October 22, 2024 Defendant Kasamba, Inc. ("Kasamba") filed a Motion to Dismiss Plaintiff Albert Simic's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

Kasamba requests that Plaintiff's Complaint be dismissed in its entirety because Plaintiff does not state a plausible claim for relief on any of his causes of action, and thus, Plaintiff's Complaint fails as a matter of law. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). In connection with this Motion, Kasamba further requests that the Court take judicial notice of Plaintiff's January 10, 2012 IRS W-8BEN Form and May 3, 2021 IRS W-8BEN Form. Fed. R. Evid. 201; *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018).

The Court, having considered Kasamba's Motion to Dismiss Plaintiff's Complaint, Kasamba's Request for Judicial Notice, Plaintiff's Opposition, and such other argument and evidence submitted, and good cause appearing, ORDERS as follows:

1. Kasamba's Request for Judicial Notice is GRANTED.
2. Kasamba's Motion to Dismiss Plaintiff's Complaint is GRANTED.
3. Plaintiff's Complaint is dismissed in its entirety [with/without] prejudice.
4. [Plaintiff shall have until ____________________, 2024 to file an amended complaint.]

IT IS SO ORDERED.

Dated: ______________, 2024

________________________________
THE HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE