Michael E. Brewer (SBN 177912)
michael.brewer@bakermckenzie.com
**Baker & McKenzie LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

Kimberly F. Rich (SBN 185507)
kimberly.rich@bakermckenzie.com
**Baker & McKenzie LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

Phillip R. Di Tullio (SBN 324267)
phillip.ditullio@bakermckenzie.com
**Baker & McKenzie LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Telephone: (310) 201-4728
Facsimile: (310) 201-4721

Attorneys for Defendant
KASAMBA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALBERT SIMIC, Plaintiff, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

KASAMBA, INC.,

Defendant.

Case No. 2:24-cv-08887-JFW-SK

**DECLARATION OF MICHAEL E. BREWER, LEAD TRIAL COUNSEL FOR DEFENDANT KASAMBA, INC.**

**(STANDING ORDER 3(a))**

I, Michael E. Brewer, declare as follows:

1. I am an attorney with the law firm, Baker & McKenzie LLP, and lead counsel for Defendant Kasamba, Inc. in this action. I am licensed to practice in the State of California and before this Court. The following facts are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. I am a registered CM/ECF User.

3. My email address is michael.brewer@bakermckenzie.com.

4. I confirm that I have read the Court's Standing Order and the Local Rules of the United States District Court for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America and the states of California and Illinois that the foregoing is true and correct and that this declaration was executed by me on October 25, 2024 at Chicago, Illinois.

Michael E. Brewer