# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SIMIC, Plaintiff, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KASAMBA, INC.,<br><br>Defendant. | Case No. 2:24-cv-08887-SK<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND PRIVATE ATTORNEYS GENERAL ACT (PAGA) REPRESENTATIVE ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS |

Plaintiff filed an unopposed motion for preliminary settlement approval. Based upon the pleadings, the submissions of all parties, and declarations of counsel, the Court finds that preliminary approval of the settlement is warranted. The Court finds that the requirements for conditional class certification are satisfied, and that certification of the Class for settlement purposes only is appropriate.

Here, the settlement is well within the range of reasonableness. The settlement value here ($1,400,000.00) represents approximately 99% of the likely recovery when considering non-PAGA claims and excluding liquidated damages, which strongly supports approval. The Court finds that the calculations were based on Defendant's objective data and were conducted using appropriate methodology for the entire collective. Accordingly, the Class settlement is within the range of reasonableness, and provides Class Members with a fair opportunity to participate in this case and this settlement.

Accordingly, the Court hereby **approves** the Settlement in full. Specifically:

1. The Court preliminarily approves the Settlement Agreement.
2. The Court certifies, for settlement purposes only, the Settlement Class as described in Plaintiff's motion and the Settlement Agreement.
3. The Court names the Named Plaintiff as the Class Representative, and Plaintiff's Counsel as Class Counsel.
4. The Court approves Simpluris as the Settlement Administrator.
5. The Court authorizes the distribution of notice to the Class as described in the Settlement Agreement.
6. The requested attorneys' fees, costs, and enhancement award are preliminarily approved.

7. Plaintiff shall file a motion for final approval and a motion for approval of attorneys' fees and costs in advance of the final approval hearing.

8. The final approval hearing will be held at **10 AM PT** on **December 17, 2025** in **Courtroom 540** of the Roybal Federal Courthouse (255 E. Temple St., LA).

IT IS SO ORDERED.

DATED: September 10, 2025

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE