TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE FOLLOWING IS JESSICA PERRY'S OBJECTION LETTER:

Simic v. Kasamba, Inc.
Case No. 2:24-cv-08887-SK

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Name: Jessica Perry
Address On File: 859 N 16th St, San Jose, CA 95112
Email: Jevixdluv@gmail.com
Phone: 716-242-9746

I, Jessica Perry, respectfully object to the aforementioned settlement case on the grounds of (A.) the amount being inadequate, (B.) the distribution of funds being unfair, and (C.) one of the terms being unreasonable. This objection is for the entire class; however, I will outline certain points that are directly for me because I don't have individual data for anyone besides myself.

(A.) From Kasamba's financially abusive activities, I believe we are 250k to 450k away from an amount that truly compensates this class adequately. Please be aware that I am fully cognizant of the fact that settlements do not give the FULL amount owed. However, for me to receive about 3% among 31 others is blatantly inadequate.

(B.) Many lawsuit settlements have a cap on how much an individual can make so that everyone's amount is brought closest to what they are owed. Had the cap been somewhere between 100k - 150k, I could see it as fair but for me and others to make under 50k is unacceptable while others make over 100k.

(C.) The metric to divide up the settlement is based on data from 2020 to 2025, but my data does not include from May 2025 to August 2025. My payment is based on the lower end when I was just starting and building my clientele, and if the Court approves the settlement as it is currently written, I would be losing the right to sue for those months with no amount paid. Lawsuits usually include some compensation for waiving future rights to sue, but this one does not.

The new owners of Kasamba have implemented allowing us to request a break while we are live with a customer, but other than that, no policy improvements have been announced by Kasamba so other workers and I will have to continue with the abuses. For these reasons, I hope you fully consider my arguments and rule in favor of being treated with decency and respect by renegotiating a deal that considers those still working for Kasamba and who plan to continue to.

REQUESTED RELIEF

For the reasons set forth above, I respectfully request that the Court decline to grant final approval of the proposed settlement unless the following material deficiencies are cured:

Increase the Settlement Amount to an Adequate Level
The total settlement fund should be increased to reasonably reflect the scope of alleged misclassification, unpaid wages, statutory penalties, and derivative claims under California law.

Modify the Allocation Methodology to Ensure Equitable Distribution
The allocation formula should be revised to prevent extreme disparities among class members with an increase in funds, meaning if an additional 200k is given, those with 100k or more have a cap and the funds are divided proportionately to the other class members.

Remove or Narrow the Release of Claims for Periods Not Compensated
The settlement must not require class members to waive the right to sue for time periods that are excluded from the data used to calculate their payments, including but not limited to work performed outside the settlement's compensation window. Requiring a release of claims for uncompensated periods renders the settlement overbroad and unfair. At a minimum, the release should include a payment for those dates or expressly exclude claims arising from dates/work not included in the damages calculations.

I only found out about this case on October 23 and only got all the info I needed to make a decision Dec 12th. Because of this, my letter might not be as polished as others, which also means others might not have had sufficient time. This industry I've worked for 16 years, contains many workers who have worthiness issues and may be hesitant to advocate for themselves or who may not fully appreciate the legal consequences of releasing their rights. These circumstances heighten the Court's fiduciary responsibility to closely scrutinize the settlement's fairness.

To bring this to a close, I've made about 50k over 4 years from Kasamba and with their commission/connection fee, plus unpaid login times under California's minimum hourly wage, we are looking at 50k at the very least and on the higher end, 75k and on the exact end, something like 105K. Currently, I do not have a lawyer on retainer and cannot come in person because I have a contract to look after several pets at the start of 2026.

Dec 15th, 2025
Jessica
Jessica Perry

Below is my documentation of my personal experience with Kasamba. I am including this as part of my objection because my voice has not truly been heard until now. My intention is to humanize myself.
NOTE. I have email documentation for most of my claims.

I applied to Kasamba on March 18, 2019. Shortly after, I had a phone interview with a man whose name and role within Kasamba I do not remember, other than the interviewer. The interview itself was alarming. He was rude, repeatedly interrupted me, and at multiple points told me to be quiet because he needed to take care of his baby. There were long stretches of silence -up to seven minutes at a time- where I was expected to wait on him. The call lasted well over 30 minutes due to these interruptions. In my experience, interviews for psychic platforms rarely exceed 15 minutes, and I had already worked for several major psychic companies by that point, so I knew how unusual this was.

Despite this, he told me he would help me learn how to market myself on the platform and claimed I could make up to $12,000 a month. He explained the commission and connection fees, which I felt were excessive. What he did not explain was how refunds work. If a client requests a refund, the money comes directly out of the advisor's pay. I was never told this upfront, and it is never what other psychic companies have done to me.

Even with these red flags, I chose to move forward. I am an ordained Spiritualist and Interfaith minister, and at the time, I felt spiritually guided to work with Kasamba because it was the only way to reach certain clients I felt God called me to serve. After that interview, I never heard from that man again, nor did I receive any of the support he purported to provide.

Later, I had a Skype session with Hila from the Advisor Success Team. It was to observe how I conducted readings and interacted with clients, which is standard in this industry. What stood out to me was her insistence that I ask clients for information I communicated with her that I did not need, such as full names, zodiac signs, and birthdays. I complied at the time, but in hindsight, I realized this instruction seemed designed to extend the session time. Kasamba, like all other psychic companies I've worked for, charges by the minute, and pleasantries combined with astrological info plus their question(s) typically add two to three minutes before the actual reading even begins.

By July 1, 2019, I received an email from Hila confirming that my account was ready, meaning I was being officially onboarded. During onboarding, I was asked to email sensitive personal information, including my driver's license and PayPal details. It took more than a week of unpaid labor to meet Hila's profile requirements. Unlike other platforms I've worked for, Kasamba required separate, individualized profiles for each reading category, which is now ten categories, though it used to be more. I was also required to provide a professional photo without being reimbursed for costs and time, but was given $75 by Psychic Source for the same work.

At the time, Kasamba's compensation structure was as follows: chat sessions carried a 55% commission plus a $0.17 per-minute connection fee; phone sessions carried the same commission plus a $0.25 per-minute connection fee; and email sessions carried a 55% commission per reading. In addition, Kasamba required "free chat," meaning every client automatically received three free minutes with an advisor. This system was frequently abused. Some clients would cycle through advisors to get free readings, and the blocking system often took three to five days to take effect or customer service would reject our requests. Advisors were sometimes instructed to tell abusive clients directly that they would be blocked in order for customer service to do so, which only escalated the harassment. I was yelled at, cursed at, called slurs, and harassed, often with no immediate way to stop it other than logging off and losing money. While Kasamba has since improved its blocking system, at the time, we were misclassified as independent contractors and given no real training, no health benefits, and no support to deal with the emotional toll of this work. Free chat still exists today, though it is now limited to one use per client. Even so, it continues to be abused. Moreover, the app now provides their name, gender and birthday, so free chat is completely unnecessary based on the previous reasons Kasamba communicated to me.

I continued working for Kasamba out of necessity. During the pandemic, I was forced to shut down one of my businesses and work exclusively from home for Kasamba and Psychic Source. At the same time, I had to leave my apartment due to a roommate who refused to take COVID seriously. My rent went from $800 to $1,600 when I moved into a small house so I could live alone safely. By the time COVID was over, I had built a clientele on Kasamba and felt morally conflicted about abandoning them.

As a Black woman and a descendant of enslaved people, being required to work for free -hoping someone might eventually pay, and knowing there were days when no one did- was deeply painful. On top of that, I was pressured to message clients without compensation. These messages were framed as "key to success," yet they were unpaid labor.

Kasamba later removed email readings entirely. This was devastating for many advisors, myself included. Email readings had provided income without requiring us to be logged in and marked as available. For some advisors, email readings made up the majority of their income.

After Hila resigned, I worked with Magda. We were given a Monthly Snapshot and rated on this.
Information on new clients

Information on which new clients resulted in paid readings

Information on whether clients returned for additional readings

Information on the average paid reading duration

Information on outreach to paying clients via messages

Information on average daily availability for readings

They ended the monthly snapshots in April 2021. The advisor forum didn't work for me for a while but eventually I had access and saw complaints, so I wasn't the only one voicing how they were suffering. Magda resigned and eventually I was asked to do Facebook live, by I believe, Yaara. It was about 2 hours of reading for any viewer who commented for free in the hopes they'd come and sign up for an additional reading later on. After the Facebook live, she asked me to read for her deceased father and was impressed, but I received no money for that. She did pass my info on and get me a deal to be paid for 12 articles. They usually did not pay for them.

While I as writing for them, a new hire named Amit sent me an email who was a Partner Success Manager. It said the following verbatim because I still have the email.

"I'm writing to you after reviewing all the advisor's performance, and wanted to inform you that we have decided to limit you from having sessions with new clients you still haven't provided service to before.

"It is important for us to explain our decision:
We have noticed a decrease in your session rating in the past month, the very low use of our messaging feature which is key to succeed on Kasamba, but most importantly, we have been notified by multiple clients that you told them in bold that you do not provide love-related readings, a category lots of our clients come for."

I protested as I should not be required to work for free and message them nor do something I had decided was not right for me anymore and made this clear in my profiles. I even deleted my love life profile from their system entirely but their faulty system kept sending these clients to me. Thankfully, I told Yaara and she advocated for me; it was changed back to normal 4 days later but others never had this changed because they didn't have someone on the inside helping them. The email makes it clear that I was being penalized for refusing unpaid labor.

Yaara asked me repeatedly to do Instagram later on but I flat-out asked her if it would be paid even potentially in the future, if I met thresholds of success and she said no, so I refused. She and Amit both resigned soon after and I have had no internal advocacy since then. Workers are also asked for feedback on the website and app with no compensation. Psychic Source sent gift cards for work like this at normally $50 each time. Since Kasamba was acquired by Ingenio, LLC, advertising has significantly declined, yet advisors are still encouraged to do their own marketing. I was told by a previous success team worker in 2020 or 2021 that it would be good for me to do my own marketing.

In 2024, I lost my regular job and continued working for Kasamba out of necessity. I planned to file my own class action lawsuit in the hopes of meaningful accountability and change. Instead, the settlement admits to no wrongdoing and leaves exploitative practices in place. After six years of mistreatment, a payout of approximately $30,000 for the last 4 years is not sufficient, and many class members will receive far less.

Finally, Kasamba takes a portion of advisor tips without clearly disclosing this to clients. They previously charged $20 per monthly payment and now charge $1 withdrawal fees with forced payouts once the $1000 threshold is met. I also experienced a privacy violation when my email, along with theirs, was mistakenly shared with all advisors. We received only an apology. The website and now the app don't adequately rotate the roster of which psychic is shown on the main page. When I started working, I noticed that the same main psychics were almost always on page 1. Others have noted this in the advisor forum, and I took it to be because they had someone on the inside advocating for them or seniority, which is unfair either way.

My religion is the reason I started with Kasamba, and now it is time to hold them accountable for previous abuses and the intent to continue in them. I discovered last week that on April 2026 they are increasing their connection fee to a flat rate of 5.99 which appears to be retaliation or penalizing other holistic workers on the platform to make up for the financial deficit from the lawsuit. I am fully aware that this lawsuit cannot account for all infractions. Still, the settlement amount solely for misclassification is too low, especially when it is pennies for a multimillion-dollar company whose business model is built on taking advantage of vulnerable people.

Decmber 15th, 2025
Jessica

Jessica Perry
5376 Cowell RD
Fredonia, NY 14063

United States District Court
Central District Of California
255 E Temple Street
Courtroom 540, 5th Floor
Los Angeles, California 90012

Case No. 2:24-cv-08887-SK

PRIORITY® MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

DEC 18 2025
CENTRAL DISTRICT OF CALIF

Retail

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
PM
WEST LEBANON, NH 03784
DEC 15, 2025

90012

$11.90

RDC 03 0 Lb 0.70 Oz S2324N504712-01

EXPECTED DELIVERY DAY: 12/19/25

USPS TRACKING® #

For international shipments, the maximum weight is 4 lbs.

Sub

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited International insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

EP14H February 2023
OD: 10 x 5

PS00001000064

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

9505 5158 0886 5349 9837 13

EP14H © U.S. Postal Service; February 2023; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.