**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALBERT SIMIC, Plaintiff, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

KASAMBA, INC.,

Defendant.

Case No. 2:24-cv-08887-SK

**[PROPOSED] FINAL JUDGMENT**

Hon. Steve Kim

Pursuant to this Court's January 8, 2026 Orders, (ECF Nos. 65 and 66), the parties hereby submit this proposed final judgment and respectfully request that this Court finds that judgment should be entered consistent with the terms agreed by the parties.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED as follows:**

1. The Court hereby incorporates by reference its Order Granting Motion for Final Approval of Class and PAGA Representative Action Settlement (ECF No. 66) and Order Granting Motion for Attorneys' Fees, Costs, and Service Payment (ECF No. 65.)

2. The Stipulation of Class and PAGA Action Settlement and Release ("Settlement Agreement") is fair and adequate; the parties must effectuate the settlement consistent with the Settlement Agreement.

3. The Notice distributed to the Class Members fully and accurately informed the Class Members of all material elements of the proposed settlement and of their opportunity to object, opt out, or comment; was the best notice practicable under the circumstances; was valid, due, and sufficient notice to all Class Members; and complied fully with all applicable law and due process under the United States Constitution. The Notice fairly and adequately described the settlement and provided Class Members adequate instructions and a variety of means to obtain additional information. All settlement Class Members who did not timely and properly opt out are bound by this Judgment.

4. The Settlement Class included in this Settlement and consistent with the Settlement Agreement are those Readers who Defendant identified as having worked for Defendant in California since September 9, 2020, and whose data was produced to Class Counsel prior to mediation.

5. Defendant shall pay a total of $1,400,000.00 ("Gross Settlement Amount"), plus any owed employer-side Payroll Taxes, consistent with the terms of the Settlement Agreement.

6. Defendant shall pay Class Counsel from the Gross Settlement Amount the

approved amount of attorneys' fees of $350,000.00; up to $22,000.00 of out-of-pocket litigation costs; and Administration Costs in the amount of $6,223.

7. Defendant shall pay from the Gross Settlement Amount the approved $10,000.00 Service Payment for Class Representative Albert Simic.

8. The Court approves the PAGA portion of the Settlement pursuant to Cal. Lab. C. § 2699(1)(2).

9. The release of claims against Kasamba by Plaintiff and the Settlement Class Members, as set forth in the Settlement Agreement, shall be valid and enforceable upon the Effective Date as defined in the Settlement Agreement.

10. This is a final judgment terminating this case. Pursuant to the Parties' Agreement, the Court "will have continuing jurisdiction until all payments and obligations provided for in the Settlement have been fully completed solely for the purposes of addressing: (a) the interpretation and enforcement of the Settlement's terms, (b) Settlement administration matters, and (c) such post-Judgment matters as may be appropriate under court rules or as set forth in this Settlement Agreement." (ECF No. 47-2, ¶ 56.)

Let Judgment be entered accordingly.

DATED:

______________________________

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE