JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SIMIC, Plaintiff, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KASAMBA, INC.,<br><br>Defendant. | Case No. 2:24-cv-08887-SK<br><br>**JUDGMENT** |

In accordance with this Court's January 8, 2026 orders (ECF 65 and 66), and consistent with the terms of the approved Settlement Agreement, **IT IS ADJUDGED that:**

1. Defendant shall pay a total of $1,400,000.00 ("Gross Settlement Amount"), plus any owed employer-side Payroll Taxes.

2. Defendant shall pay Class Counsel from the Gross Settlement Amount the approved amount of attorneys' fees of $350,000.00; up to $22,000.00 of out-of-pocket litigation costs; and Administration Costs in the amount of $6,223.

3. Defendant shall pay from the Gross Settlement Amount the approved $10,000.00 Service Payment for Class Representative Albert Simic.

4. The PAGA portion of the Settlement Agreement pursuant to Cal. Lab. Code § 2699(1)(2) is approved.

DATED: January 16, 2026

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE